# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**ROVER PIPELINE LLC**,

        Plaintiff,

v.                               **Civil Action No. 5:17-CV-15**
                                              Judge Bailey

**ROVER TRACT NO§ WV-DO-SHB-009.972-TAR-1A**, *et al.*,

        Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE SEPARATE AMENDED COMPLAINTS FOR UNRESOLVED TRACTS, ECONOMIC UNITS OR OWNERSHIP

Pending before this Court is Plaintiff's Verified Complaint for Condemnation pursuant to the Natural Gas Act, 15 U.S.C. § 717f(h) and Federal Rules of Civil Procedure 71.1. At the time of filing of its initial complaint, plaintiff joined as defendants numerous parcels of land in this single action.

The Court finds that in order to simplify the procedure and expedite the judicial management of this case for the benefit of all concerned, each tract, economic unit or ownership, should be set forth in a separate verified complaint. Plaintiff shall file a separate amended complaint and pay a separate filing fee for each tract, economic unit or ownership which has not been resolved by dismissal, stipulation or Order of the Court. The plaintiff shall file the amended complaint(s) on or before May 1, 2018.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**:  March 22, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE